UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RONALD MOORE,

        Plaintiff,

CASE NO. 10-14516

vs.

HON. PATRICK J. DUGGAN

MARRIOTT INTERNATIONAL, INC.,

        Defendant.
_____/

## ORDER OF DISMISSAL

The parties having approved this Order for entry, and the Court being fully advised in the premises:

IT IS ORDERED that Plaintiff's action is dismissed with prejudice to Plaintiff and without costs or attorneys fees to any party.

        s/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: March 30, 2011
I hereby certify that a copy of the foregoing document was served upon counsel of record on March 30, 2011, by electronic and/or ordinary mail.

        s/Marilyn Orem
        Case Manager

Approved for entry:

| KELMAN LORIA, PLLC | BUTZEL LONG |
|---|---|
| By: /s/ Alan B. Posner (w/ Consent) <br> Alan B. Posner (P27981) <br> Attorneys for Plaintiff | By: /s/ Chester E. Kasiborski, Jr. <br> Chester E. Kasiborski, Jr. (P15728) <br> Attorneys for Defendant Marriott International, Inc. |